IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03062-LTB

DIRK BROWN,

    Petitioner,

v.

COLO. GOV. JOHN HICKENLOOPER, et al.,
C.D.O.C. EXEC. DIR. TOM CLEMENTS, and
S.C.F. WARDEN FALK, et al.,

    Respondents.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 9, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Petitioner.

    DATED at Denver, Colorado, this 9 day of January, 2013.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/ M.J. Garcia
                            Deputy Clerk